IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a minor, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Richland County School District 2, Sheriff of Richland County in his Official Capacity D/B/A Richland County Sheriff's Department, John E. Ewing & Jamel Bradley, | ) ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 3:18-cv-02731-CMC

**CONSENT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

Defendant Richland County School District Two by and through its undersigned attorneys, respectfully move this Honorable Court for the entry of a confidentiality order in this case, with the consent of all parties.

**WE SO MOVE AND CONSENT.**

EVANS MOORE, LLC

By: s/James B. Moore, III
James B. Moore III, Federal ID #108
Scott C. Evans, Federal ID #10874
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Facsimile: (843) 527-4128
james@evansmoorelaw.com
scott@evansmoorelaw.com

-AND-

BOLES LAW FIRM, LLC

By: s/Daniel C. Boles
Daniel C. Boles, Federal ID #12144
23 Broad Street
3870 Leeds Avenue | Ste. 104
Post Office Box 381
Charleston, SC 29402
Office: 843-576-5775
Facsimile: 800.878.5443
dan@boleslawfirmllc.com

*Attorneys for the Plaintiff*

CROWE LAFAVE, LLC

By: s/Robert D. Garfield
Robert D. Garfield, Federal I.D. No. 7799
Post Office Box 1149
Columbia, South Carolina 29202
T: (803) 999-1225
F: (803) 848-8157
robert@crowelafave.com

- AND –

THE PAULEY LAW FIRM, LLC

By: s/Michael S. Pauley
Michael S. Pauley, Federal I.D. No. 6183
Post Office Box 2189
Lexington, South Carolina 29072
T: (803) 808-1799
F: (803) 808-1887
 mpauley@pauleylawfirm.com

*Attorneys for the Defendants Sheriff of Richland County in his official capacity d/b/a RCSD, Ewing, & Bradley*

HALLIGAN MAHONEY WILLIAMS
SMITH FAWLEY & REAGLE, PA

By: s/Jasmine R. Drain
Jasmine R. Drain, Fed. ID No. 10169
jdrain@hmwlegal.com
Vernie L. Williams, Fed. I.D. No. 7094
vwilliams@hmwlegal.com
P.O. Box 11367

Columbia, South Carolina 29211
(803) 254-4035

*Attorneys for Defendant Richland County School District Two*

December 12, 2018