IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a Minor,<br><br>        Plaintiff,<br><br>v.<br><br>Richland County School District Two, Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department "RCSD"),John E. Ewing, and Jamel Bradley,<br><br>        Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C/A No.: 3:18-cv-02731-CMC<br><br><br>**RESPONSE TO PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM "MOTHER DOE" ON BEHALF OF DEFENDANTS RICHLAND COUNTY SHERIFF D/B/A RCSD, EWING, & BRADLEY** |

On October 11, 2018, the Plaintiff filed a motion to proceed under the pseudonym "Mother Doe" [Dkt 9] in this action.

The Defendants Sheriff of Richland County in his official capacity d/b/a RCSD, Ewing, and Bradley recognize the privacy interests and personal concerns with respect to Jane Doe and concur with the Plaintiff that such formal identification of Mother Doe might place Jane Doe at an unreasonably risk of having her identity revealed.

Accordingly, these Defendants consent to Mother Doe proceeding anonymously in the above-captioned action under the terms and conditions as stated in Plaintiff's motion, and specifically, these Defendants having the ability to conduct full and fair discovery as to both Doe parties. *See*, Dkt 9, p. 3 ("Plaintiff's counsel agrees to provide the names, dates of birth, and social security numbers of Jane Doe and Mother Doe to the Defendants and their counsel, as such, the Defendants will suffer no prejudice, nor will they be deprived of the opportunity to investigate all matters alleged in the Complaint.")

Respectfully submitted,

CROWE LAFAVE, LLC


BY:     *s/ Robert D. Garfield*
        ROBERT D. GARFIELD
        Federal I.D. No. 7799
        Post Office Box 1149
        Columbia, South Carolina 29202
        T: (803) 999-1225
        F: (803) 848-8157
        robert@crowelafave.com


        - AND –


THE PAULEY LAW FIRM, LLC


BY:     *s/ Michael S. Pauley*
        MICHAEL S. PAULEY
        Federal I.D. No. 6183
        Post Office Box 2189
        Lexington, South Carolina 29072
        T: (803) 808-1799
        F: (803) 808-1887
        mpauley@pauleylawfirm.com

*Counsel for the Defendants Sheriff of Richland County in his official capacity d/b/a RCSD, Ewing, & Bradley*

Columbia, South Carolina

December 14, 2018