**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 3:18-cv-02731-CMC |
| vs. | ) ) | |
| RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, JOHN E. EWING, & JAMEL BRADLEY, | ) ) ) ) ) ) ) ) | **WITHDRAW OF PLAINTIFF'S MOTION TO COMPEL** |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned attorneys, hereby

withdraws her Motion to Compel filed on February 7, 2019 as ECF Docket Entry 51.

Respectfully Submitted,

*s/ James B. Moore III*
James B. Moore III, Federal ID #10844
Scott C. Evans, Federal ID #10874
Evans Moore, LLC
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Facsimile: (843) 527-4128
james@evansmoorelaw.com
scott@evansmoorelaw.com

Daniel C. Boles, Federal ID #12144
23 Broad Street
3870 Leeds Avenue | Ste. 104

1

Post Office Box 381
Charleston, SC 29402
Office: 843-576-5775
Facsimile: 800.878.5443
dan@boleslawfirmllc.com

Attorneys for the Plaintiff

February 7, 2019
Georgetown, South Carolina