IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a Minor, <br><br> Plaintiff, <br><br> v. <br><br> Richland County School District Two, Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department, John E. Ewing, and Jamel Bradley, <br><br> Defendants, | C/A No.: 3:18-cv-02731-CMC <br><br> **NOTICE OF MOTION AND AMENDED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BRADLEY ON BEHALF OF DEFENDANTS RCSD, EWING, & BRADLEY** |

TO: JAMES B. MOORE, III, ESQ., SCOTT C. EVANS, ESQ., AND DANIEL C. BOLES, ESQ., ATTORNEYS FOR PLAINTIFF

YOU WILL PLEASE TAKE NOTICE that the undersigned counsel for the Defendants Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department (hereinafter, "RCSD"), John E. Ewing, and Jamel Bradley will move before the United States District Court Judge for the District of South Carolina, Columbia Division, for an Order granting these Defendants' motion to withdraw as counsel for the Defendant Jamel Bradley. This Motion is based on the following grounds:

1. On October 30, 2019, the undersigned counsel discovered that a likely conflict of interest existed between himself and the Defendant Bradley, in contravention of the South Carolina Rules of Appellate Procedure, specifically, Rule 1.7, RPC, Rule 407 SCACR.

2. The nature and particulars of the undersigned's conflict was addressed with this Court and counsel of record during the November 5, 2019 discovery hearing teleconference. [Dkt 102]

1

3.	Accordingly, it is requested that the undersigned counsel, who is currently entered as making an appearance in this case (since the filing of the Answer), should be allowed to withdraw from the representation of the Defendant Bradley.

4.	All of the undersigned's clients have been consulted concerning the basis for the requested withdrawal.

5.	The Defendant Bradley has been advised of the circumstances related to the conflict as addressed herein.  Pursuant to Local Rule 83.I.07(A), the Defendant Bradley consents to the undersigned's withdrawal of representation.  [Dkt 109-1]

6.	The Defendant Bradley will be represented in this action by Patrick J. Frawley, Esq. and Evan M. Gessner, Esq.  [Dkts 107, 108]

7.	Upon information and belief, this withdrawal from representation will have no impact on this Court's present schedule as set forth in the Fourth Amended Scheduling Order.  [Dkt 104]

Pursuant to Local Rule 7.02, a conference with all counsel of record has been conducted.  *See, Infra*.

In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and an affidavit and/or a memorandum will serve no useful purpose.

Said Motion is based upon the pleadings filed in this case; the transcript of the November 5, 2019 discovery hearing teleconference [Dkt 102]; affidavit of Joanna McDuffie [Dkt 95-2]; Notices of Appearance for Patrick J. Frawley, Esq. and Evan M. Gessner, Esq. [Dkts 107, 108]; the rules of Court; and such other matters as may be properly presented to the Court at the time of the hearing.

*[Signature block on following page]*

Respectfully submitted,

CROWE LAFAVE, LLC

BY: *s/ Robert D. Garfield*
ROBERT D. GARFIELD
Federal I.D. No. 7799
Post Office Box 1149
Columbia, South Carolina 29202
T: (803) 999-1225
F: (803) 848-8157
robert@crowelafave.com

*Counsel for the Defendants Sheriff of Richland County in his official capacity d/b/a RCSD, Ewing, & Bradley*

Columbia, South Carolina

November 18, 2019

3