# In The Matter Of:

*MOTHER DOE v.*
*RICHLAND COUNTY SCHOOL DISTRICT 2, et al.*

---

*JAMEL BRADLEY*
*May 2, 2019*

---

*Live Oak Reporting*

Min-U-Script® with Word Index

A.    Crayton Middle School.

Q.    How do you spell Crayton?

A.    C-R-A-Y-T-O-N.

Q.    And is that located in Richland County School District 1?

A.    Yes.

Q.    Have you ever worked at Joseph Keels Elementary School?

A.    Yes.

Q.    When did you work there?

A.    2007 until 2009.

Q.    And from Keels -- Joseph Keels Elementary School, you were reassigned to the Spring Valley High School?

A.    Excuse me.  Yes.

Q.    What were the circumstances of your reassignment?

A.    To my knowledge, during that time, the superintendent of the District 2 said that they did not want elementary SROs during that time.  So they took elementary SROs out and wanted to add an extra SRO in the high school, and I was asked to go to Spring Valley High School.

Q.    So when you left Joseph Keels Elementary, there were no longer school resource

A.    No, sir.

Q.    Who was -- was there any other school resource officer that you were working with?

A.    No, sir.

Q.    It was just you?

A.    Yes, sir.

Q.    Did they have a school resource officer program in place prior to you being assigned there?

A.    Yes.

Q.    Do you know why there was a vacancy there?

A.    I think I was told that the officer had an injury.  He had surgery.

Q.    During the course of the eight years that you were at Spring Valley High School, how many times were you reassigned to different schools for short periods of time like this?

A.    I may had to -- some -- there were times where I may had to go cover Blythewood Academy, depending on the capacity of SROs being out at certain schools; sometimes we would be asked to step up and cover other schools, depending on the situation.

Q.    Was there another situation where you

went and covered another school for three weeks?

A.    No, sir.

Q.    Okay.  Was there a situation where you went and covered a school for two weeks?

A.    Maybe Blythewood Academy.  They didn't have an officer during that time -- during that timeframe.  I think the officer left.  I'm not sure what took place, but we knew that Blythewood Academy was open for a good duration, and we received an e-mail from our supervisor saying that we were going to have to bring some officers in to keep coverage in that building until that position gets filled.

Q.    And you don't know how long you were there?

A.    Not every day of two weeks; but in a cumulation of two weeks, it added up to two weeks, yes.

Q.    So you wouldn't be there every day?

A.    I was not there every day.

Q.    When you went to Watkins-Nance Elementary School for three weeks, were you there every day?

A.    Yes.

Q.    Were you permitted to go back to Spring

JAMEL BRADLEY                                        70

Valley High School during those three weeks?

A.    After three weeks, yes.

Q.    Before those three weeks, were you permitted to?

A.    No, sir.

Q.    Who told you that you could not go back to Spring Valley High School?

A.    Captain Ewing just told me to go to Watkins-Nance while the investigation was going on.

Q.    Okay.  So your understanding was that you were going to Watkins-Nance as a part of the investigation?

A.    That's my understanding, yes.

Q.    That's what you were told by Captain Ewing?

A.    That's my understanding, I was going there because of the investigation.

Q.    Now, this, I understand, is one of several Internal Affairs investigations into your conduct.  Would you agree with that?

A.    I'm sorry?

Q.    The Jane Doe situation is one of several investigations that have taken place into your conduct.  Would you agree with that?

JAMEL BRADLEY                                    71

A.    Several Internal Affairs investigations?

Q.    Yes, sir.

A.    That took place on me?

Q.    Yes, sir.

A.    Yes.

Q.    Okay.  During any of the other investigations into your conduct, were you asked to -- or reassigned to another school?

A.    No, sir.

Q.    This was the only investigation where you were reassigned to another school?

A.    Yes.

Q.    And after three weeks at Watkins-Nance, you were told to come back?

A.    Yes.  I was told I was allowed to come back to Spring Valley.

Q.    And who told you you were allowed to come back to Spring Valley?

A.    Captain Ewing.

Q.    At that point in time, were you informed whether or not the criminal investigation was still open or was it closed?

A.    Closed.

Q.    It was closed.  And so was that what Captain Ewing informed you, that, The

JAMEL BRADLEY                              151

department?

A.    Yes.

Q.    Is she the one who you referenced earlier that her husband works with her as well?

A.    Her husband is an actual employee of the sheriff's department.

Q.    Okay.  Had Sergeant Lutz investigated your actions in the past?

A.    I don't know.

Q.    Was she maybe the Internal Affairs officer that investigated the 2011 report regarding the cheerleader?

A.    No, sir.

Q.    Do you know when you were contacted by Sergeant Lutz?

A.    No.  I don't recall the date.

Q.    So on April 19th is when you gave a polygraph examination?

A.    19th.

Q.    Was it before that that you were --

A.    It was before that.

Q.    -- contacted?

A.    Yes, it was before that.

Q.    Was it several days before that?

A.    I can't recall the exact date.

JAMEL BRADLEY                                                 152

Q. The day that you were contacted by Sergeant Lutz, did you provide a statement? Did you provide a question-and-answer statement?

A. With?

Q. Sergeant Lutz.

A. Yes.

Q. Okay. Was that the day that she contacted you?

A. Yes.

Q. Okay. And at the time that Sergeant Lutz contacted you about these allegations, had anybody brought it to your attention that Jane Doe had made the report?

A. No, sir.

Q. So the first you heard about it was from Sergeant Lutz?

A. That was the first.

Q. What about the rumor that you had impregnated Jane Doe?

A. That was through Jane Doe.

Q. Jane Doe told you that?

A. Yes.

Q. How long before Sergeant Lutz contacted you had Jane Doe told you about that rumor?

A. A week or two before that.

Q. Okay. So tell me about the conversation when Jane Doe informed you that there was a rumor being spread that you had impregnated her.

A. I was in the hallway waiting after seventh period to finish, for all the kids to dismiss. And while I was in the hallway, I somehow hear a little loud, Shut up -- I can't remember what the exact words. And Jane Doe approached while I was standing there and was like, There's a rumor about me being pregnant, and the officer -- and an officer -- meaning me. She said, Yeah, and that boy -- and I turned, and said, That person right there? And she said, Yes.

I didn't know the person's name, didn't know -- I knew -- I saw what he looked like. So after that, I went to the computer to identify who that person was. And then once I identified that, then I went to make one of the school administrators, Paul Dobyns, aware that we need to get this boy into your office to talk about if he's spreading these rumors or not spreading any rumors.

Q. So as soon as this was brought to your attention by Jane Doe, you looked up this young boy's profile on your computer. So you have a

A.    No.   I went to him and confronted him face-to-face.

Q.    Why did you feel it appropriate to report it to him versus the principal?

A.    Because when I saw the -- the student's last name, I went to the administrative assistants -- each administrator, they have last names -- they have their -- what do you call that? -- groups -- like -- they have groups like A through D or D, E through whatever, and the person's last name fell in the last letters of the alphabet. And Mr. Paul Dobyns was in charge of that, those group of kids.  So I reported it to him because it was his -- I can't think of the word that I'm trying to explain.  It was his --

Q.    Was he like an advisor to the student?

A.    No.   What is the word they use all the time?  It's not file (sic).

Q.    If it comes to --

A.    It probably -- it probably could have come back to him.  I'm sorry.  But he was in charge -- Mr. Dobyns was in charge of the students from a certain like letter of the alphabet, all the way to Z.  And from my understanding, that person's last name fell in his group.  So he is in