UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, JOHN E. EWING, & JAMEL BRADLEY,<br><br>Defendants. | C.A. No.: 3:18-cv-02731-CMC<br><br>PLAINTIFFS' OPPOSITION TO DEFENDANTS RICHLAND COUNTY SHERIFF DEPARTMENT AND JOHN EWING'S MOTION TO SEAL |

Come now the Plaintiffs, and hereby respond in opposition to Defendants Sheriff of Richland County In His Official Capacity d/b/a Richland County Sheriff's Department and John E. Ewing (hereinafter referred to as "Defendants") Motion to File Under Seal. (ECF Entry No. 131). Plaintiffs request that any confidential exhibits that could reveal the identity of the Plaintiffs, the identify of other victims of Deputy Bradley, and/or sensitive medical records be submitted in connection with these Defendants' motion for summary judgement be filed under seal. The Plaintiffs are not aware, however, of any precedent under Local Rule 5.03 for an entire motion, memorandum in support, and every exhibit in support being filed under seal, particularly in a case in which a public entity seeks dispositive relief on issues that would be explained in detail in an Order which would be available to the public at large through CM/ECF and/or published in a

1

federal reporter. As such, the Plaintiffs hereby object to Defendants' motion to seal the entirety of its memorandum in support of summary judgment and supporting exhibits.

        Respectfully Submitted,

        *s/ James B. Moore III*
        James B. Moore III, Federal ID #10844
        Scott C. Evans, Federal ID #10874
        Evans Moore, LLC
        121 Screven Street
        Georgetown, SC 29440
        Office: (843) 995-5000
        Facsimile: (843) 527-4128
        james@evansmoorelaw.com
        scott@evansmoorelaw.com

        Daniel C. Boles, Federal ID #12144
        23 Broad Street
        3870 Leeds Avenue | Ste. 104
        Post Office Box 381
        Charleston, SC 29402
        Office: 843-576-5775
        Facsimile: 800.878.5443
        dan@boleslawfirmllc.com

        Attorneys for the Plaintiff

December 5, 2019
Georgetown, South Carolina