# Exhibit 1

JANE DOE INTERVIEW - DR. ALLISON FOSTER - CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR, | ) CIVIL ACTION NO:<br>) 3:18-cv-02731-CMC<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY d/b/a RICHLAND COUNTY SHERIFF'S DEPARTMENT, JOHN E. EWING & JAMEL BRADLEY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPTION OF INTERVIEW BETWEEN ALLISON M.
FOSTER, PHD (SC NETWORK OF CHILDREN'S ADVOCACY
CENTERS/METRO CHILDREN'S ADVOCACY CENTER IN
COLUMBIA), and JANE DOE

TRANSCRIBED BY:  EVE WILBANKS
                 Registered Professional
                 Reporter, Certified LiveNote
                 Reporter and Notary Public

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

POST OFFICE BOX 21119
CHARLESTON, SOUTH CAROLINA 29413

0979e48b-df32-4309-a6b8-db0c7f24db50

```
 1              DR. FOSTER:  And then you went to the
 2         SRO's office; do I have that right?
 3              JANE DOE:  Right.
 4              DR. FOSTER:  But it also sounds like
 5         that's not, like, the first time you ever met
 6         this SRO; you --
 7              JANE DOE:  Oh, no.
 8              DR. FOSTER:  Tell me about how you know
 9         the SRO.
10              JANE DOE:  Um, well, last year, my
11         freshman year, we were, like, real close,
12         like, you know.  Someone I could trust, like
13         we were close, because, like, he knew my
14         brothers and stuff, and whatever, whatever.
15         You know, they were close; like, he knew my
16         mom too.  I felt like I could trust him, so
17         originally I trusted him, and I looked up to
18         him for, like, two school years, like some of
19         this one, at least.  And, like, you know, it
20         was like we were close.  I would tell him
21         about, like, stuff, you know, and --
22              DR. FOSTER:  Yeah.
23              JANE DOE:  Yeah, it was like we were
24         close.  So it's not like I was going in there
25         because I was -- (inaudible) -- just going in
```

```
 1        dangling off the table.  It's not tall, but
 2        it's, like -- it's tall enough where like if I
 3        sit on it, like --
 4             DR. FOSTER:  You have to scootch up a
 5        little; it doesn't take much?
 6             JANE DOE:  Yeah.  I'm not that tall.
 7             DR. FOSTER:  So, then, I remember you
 8        saying that that's -- that you were then
 9        seated.  And then what happened next?
10             JANE DOE:  Well, he kind of like pushed
11        me, like laid me down on the table.  But,
12        like, at that point, like he was pushing me
13        back, and I was trying to push myself forward.
14        You know, there's still hope that you can get
15        yourself out of this situation and stuff.
16             But, like, after a while, I kind of just
17        gave up.  I'm being real honest with you.
18        Like, I didn't even care for like being alive
19        at that point.  I just felt like life just got
20        to the point where I just didn't really care,
21        didn't care.  I could live, die.  I don't
22        care.  He could have pulled his gun out that
23        day and shot me in my head.  I wouldn't have
24        cared.  I was like, Okay.  I wouldn't have
25        been scared either, because I knew it was a
```

```
 1         possibility.  I just didn't care.
 2              So, you know, I kind of just gave up.
 3         You know, I was like -- just, like, whatever,
 4         you know.  Stuff happens.
 5              DR. FOSTER:  I can't quite -- I can
 6         picture a table, duh.  But was there stuff on
 7         the table or was it --
 8              JANE DOE:  No.  There wasn't nothing on
 9         the table.
10              DR. FOSTER:  Okay.  So you're sitting
11         up, and he's kind of trying to nudge down
12         there; you sort of were like in this -- for a
13         while, pushing back; and then you're just
14         like, all right, whatever.  So then what
15         happens?
16              JANE DOE:  Well, he pushes me down and
17         stuff; and at this point, like -- it's still
18         like kissing, like, you know.
19              DR. FOSTER:  In that general area?
20              JANE DOE:  Yeah.  But then, like -- he,
21         like -- he tried to, like, lift up my shirt,
22         and I kind of just like pushed it down; like,
23         you know, like, if I'm going to try to lift up
24         your shirt, I'll lift up your shirt.
25              DR. FOSTER:  Yeah.  You were kind of
```

0979e48b-df32-4309-a6b8-db0c7f24db50