# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR, )

C.A. No.: 3:18-cv-02731-CMC

Plaintiff, )

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

vs. )

RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, JOHN E. EWING, & JAMEL BRADLEY, )

Defendants. )

PERSONALLY appeared before me, the below Custodian of Records, who being duly sworn deposes and says:

1. I am the Custodian of Records for Metropolitan Children's Advocacy Center.
2. I have reviewed the records of ▮▮▮▮▮▮▮
3. The attached documents are ~~requested by counsel~~ to meet and abide by the subpoena issued for the above referenced case.
4. The attached documents are copies of records kept within the normal course of business conducted within this office.

_Sammy Ungemach_

Custodian of Records, Metropolitan Children's Advocacy Center

SWORN TO AND SUBSCRIBED before me
This 30th day of _____, 2019

_signature_        Nicolen.Williams

Notary Public for South Carolina
My Commission Expires: 2 June 2025

1 of 1

CONFIDENTIAL
Metro Childrens Advocacy
000001



**South Carolina Network**
OF
# CHILDREN'S
# ADVOCACY CENTERS

## Forensic Interview Report

**CAC Name:** Metropolitan Children's Advocacy Center      **Date of Interview:** 04/18/2018

**Interview Location:** Met CAC

**Name of Interviewer:** Allison M. Foster, Ph.D.

### DEMOGRAPHICS

**Name of Child (or Vulnerable Adult):**

| ████ | ████ | | ████ | 15 |
|------|------|--|------|-----|
| Last | First | MI | DOB | Age |

**Ethnicity:** Non-Hispanic      **If "other", please specify:**

**Race:** Black/African American      **Gender:** Male ☐  Female ☑

**Child Brought By:** Heidi Jackson, RCSD on 4/18/2018 and mother on 4/20/2018

**Relationship to Child:** Law Enforcement; mother ████ present on both appt days

### REFERRAL BACKGROUND

**Referral Source Agency:** RCSD

**Referral Contact Information:** Lt. Lindler
Name/Title

Phone I      Phone II

Email

**Other Involved Agencies:**

*Last Modified 3/2017*

CONFIDENTIAL
Metro Childrens Advocacy
000007

**MDT Members Present for Interview (Include Name and Agency):**

Heidi Jackson and Scott Lindler, RCSD

**Reason(s) for Referral:**

- [✓] Sexual Abuse/ Sexual Assault
- [ ] Sexual Exploitation/ Trafficking
- [ ] Other Problematic Sexual Misconduct
- [ ] Witness to:
- [ ] Other:

- [ ] Physical Neglect
- [ ] Physical Abuse/ Physical Assault
- [ ] Emotional Abuse/Mental Injury
- [ ] Abduction
- [ ] Exposure to:

**Alleged Perpetrator(s):** Jamel Bradley

**Relationship to Child:** SRO at child's high school

**Type(s) of Maltreatment Reported in Forensic Interview:**

- [ ] None Reported
- [✓] Sexual Abuse/ Sexual Assault
- [ ] Sexual Exploitation/ Trafficking
- [ ] Other Problematic Sexual Misconduct
- [ ] Witness to:
- [ ] Other:
- [ ] Undetermined

- [ ] Physical Abuse/ Physical Assault
- [ ] Physical Neglect
- [ ] Emotional Abuse/Mental Injury
- [ ] Abduction
- [ ] Exposure to:

**Limited English Proficiency Services Used:**

**Special Considerations (Observed/ Noted Behavioral Issues):**

*Last Modified 3/2017*

Page 2 of 3

CONFIDENTIAL
Metro Childrens Advocacy
000008

**Interview Notes:**

███████ completed two forensic interview sessions during which she detailed sexually inappropriate encounters with Officer Jamel Bradley, whom she referred to as "Bradley" during the second interview. During the first interview, she would not name him, but specified it was the SRO with the office on the second floor, making it clear as well that she did not have a close relationship with the other officer, whose name is Bunton. ████████ relayed information about two specific days, March 12 and March 14, 2018, during which he kissed and touched her in his office with the door closed. ████████ detailed how on "Day 1" (as she termed it), he kissed and touched her bare breasts and midsection, first while she was seated in a rolling chair, then by laying her back on a table, and then pressed his groin into her backside with her bent forward over a desk (with clothing on). "Day 2" was the day of the 17-minute walk out in honor of the Florida high school schooting victims. On that day, ████████ alleged that Officer Bradley allowed her to miss the walk-out and remain in his office with the door closed. He returned to the office and attempted to kiss her on the lips, which she indicated was crossing a personal line. ████████ described two other instances in which he patted and squeezed her buttocks, one time in a stair well as they were walking up to his office. ████████ also disclosed in the second interview about a time that shocked her because he swept his hand from her vaginal area up the front of her body as she passed him in the hallway and other school personnel as well as students were around.

I asked ████████ some questions about ████████████████. Although she had stated to law enforcement responders that ████████████████. her descriptions do not raise concerns about ████████████. Rather, she describes ████████████████████ and she attributes them more to ████████████████ she did not want to disclose to me, involving ████████████████████. Her ████████████████████ difficulties with sleep.

DVD copies of both interviews provided to RCSD.

**Forensic Interviewer's Signature:** Allison M. Foster, Ph.D.   Digitally signed by Allison M. Foster, Ph.D.
Date: 2018.04.24 13:57:26 -04'00'

**Disclaimer:** This report is not intended to be a complete summary of the interview that was conducted. It is not a substitute for a thorough investigation and review of the forensic interview video.



CONFIDENTIAL
Metro Childrens Advocacy
000009