# Exhibit 14

| | |
|---|---|
| **From:** | Jamel Bradley <jbradley@richland2.org> |
| **Sent:** | Friday, October 16, 2015 3:08 PM |
| **To:** | ███ ██ |
| **Subject:** | Re: |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Delete..school can see this

On Fri, Oct 16, 2015 at 3:06 PM, ███████████████ > wrote:
██████

CONFIDENTIAL

163

District 01136

**From:**          Jamel Bradley <jbradley@richland2.org>
**Sent:**          Wednesday, October 14, 2015 10:19 PM
**To:**            █████████
**Subject:**        Re: Hey

**Follow Up Flag:**    Follow up
**Flag Status:**       Flagged

Yes....will be there around 9 or so...you can be in your car when I pull up

Sent from my iPhone

On Oct 14, 2015, at 9:03 PM, █████████████████████ wrote:

> I'll gladly come in the morning, will I be able to get
> in and up to your office?
> On Wednesday, October 14, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
> Should not be emailing this late from the school but will be here an hour early before school
> starts since the intern will be here tmr as well..

CONFIDENTIAL

164

**From:** Jamel Bradley <jbradley@richland2.org>
**Sent:** Saturday, November 28, 2015 3:43 PM
**To:** ▮▮▮▮▮
**Subject:** For you
**Attachments:** IMG_1866.JPG; Untitled attachment 03397.txt

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

CONFIDENTIAL

1

District 01143



District 01144

| | |
|---|---|
| **From:** | |
| **Sent:** | Sunday, November 29, 2015 9:58 AM |
| **To:** | Jamel Bradley |
| **Subject:** | Subject |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Waiting

CONFIDENTIAL

57

District 01102

**From:**
**Sent:**         Saturday, November 28, 2015 8:39 PM
**To:**           Jamel Bradley
**Subject:**      Re:

**Follow Up Flag:**   Follow up
**Flag Status:**      Flagged

Guess u won't be able too.. Sorry

On Saturday, November 28, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
Cannot.....I will be heading out tmr to do my errands. One store opens at 10 so maybe after breakfunch like after 1100 or so

Sent from my iPhone

On Nov 28, 2015, at 8:25 PM,                              wrote:

Contact me if possible..

On Saturday, November 28, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
What time do you think you may be home tmr??

Sent from my iPhone

CONFIDENTIAL

58

**From:**
**Sent:**              Saturday, November 28, 2015 8:26 PM
**To:**                Jamel Bradley
**Subject:**           Re:

**Follow Up Flag:**    Follow up
**Flag Status:**       Flagged

Contact me if possible..

On Saturday, November 28, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
What time do you think you may be home tmr??

Sent from my iPhone

CONFIDENTIAL

59

District 01104

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Friday, November 27, 2015 3:08 PM |
| **To:** | Jamel Bradley |
| **Subject:** | Re: Hey |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks same to you..

On Friday, November 27, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
Happy Thanksgiving....miss you

Sent from my iPhone

CONFIDENTIAL

63

District 01108

**From:**

**Sent:** Thursday, October 15, 2015 9:02 AM

**To:** Jamel Bradley

**Subject:** Re: Hey

**Follow Up Flag:** Follow up

**Flag Status:** Flagged

I'm here

On Wednesday, October 14, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
Yes....will be there around 9 or so...you can be in your car when I pull up

Sent from my iPhone

On Oct 14, 2015, at 9:03 PM,      wrote:

> I'll gladly come in the morning, will I be able to get
> in and up to your office?
> On Wednesday, October 14, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
> Should not be emailing this late from the school but will be here an hour early before school
> starts since the intern will be here tmr as well..

CONFIDENTIAL

District 01112

| From: | |
|---|---|
| Sent: | Wednesday, October 14, 2015 9:03 PM |
| To: | Jamel Bradley |
| Subject: | Re: Hey |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

I'll gladly come in the morning, will I be able to get
in and up to your office?
On Wednesday, October 14, 2015, Jamel Bradley <jbradley@richland2.org> wrote:
Should not be emailing this late from the school but will be here an hour early before school starts since the
intern will be here tmr as well..

58

CONFIDENTIAL

District 01113