# Exhibit 24

# RICHLAND COUNTY SHERIFF'S DEPARTMENT
## POLYGRAPH REPORT

**TO**: MAJOR LUTHER

**FROM**: J.E. WHITE

**EXAMINEE**: BRADLEY, JAMEL

**POLYGRAPH TEST #:** 234 07

**DATE OF EXAM**: NOVEMBER 6, 2007

A **PRE-EMPLOYMENT** POLYGRAPH EXAMINATION WAS CONDUCTED FOR THE EXAMINEE. THE EXAMINEE EXHIBITED CONSISTENT, SIGNIFICANT, AND TIMELY RESPONSES TO THE FOLLOWING RELEVANT QUESTION:

Q. DID YOU EVER USE OR SELL DRUGS ILLEGALLY?

NOTE: ABSENCE OF RESPONSES IN THE OTHER RELEVANT QUESTIONS DOES NOT NECESSARILY MEAN THAT THE EXAMINEE IS BEING TRUTHFUL IN THOSE AREAS DUE TO ANTI-CLIMAX DAMPENING. THE ABOVE LISTED AREA OF RESPONSE WAS ONLY LISTED FOR FURTHER INVESTIGATIVE REVIEW.

**DECISION: SIGNIFICANT RESPONSE (SR)**

**OBSERVATIONS**: EXAMINEE'S BACKGROUND INVESTIGATION WAS INCOMPLETE. THERE WERE NO NEIGHBORHOOD CHECKS CONDUCTED. EXAMINEES CREDIT REPORT IS DERAGATORY. EXAMINEE HAS STUDENT LOANS THAT ARE LISTED AS PAID, CLOSED/COLLECTION ACCOUNT. (RECOMMENDATION: HAVE CANDIDATE GET AN UPDATED CREDIT HISTORY VERIYING THAT THE STUDENT LOANS ARE NOT IN COLLECTIONS AT THIS POINT.)

EXAMINEE WAS PROMPT.

PRE-TEST ADMISSIONS- EXAMINEE INDICATED THAT HE USED IDENTIFICATIONS UNLAWFULLY TO ENTER INTO NIGHT CLUBS BEFORE HE WAS 21.

EXAMINEE STATES THAT HE MAY HAVE GIVEN ALCOHOLIC BEVERAGES TO UNDERAGE PEOPLE IN THE PAST.

EXAMINEE STATED VERBALLY THAT HE CONTACTED HIS MOTHER ABOUT A CREDIT CARD THAT SHOWED UP ON HIS CREDIT REPORT THAT HE DID NOT OPEN. EXAMINEE SAID THAT HIS MOTHER ASKED HIM IF HE DID NOT GET THE CARD THAT SHE SENT HIM. EXAMINEE SAID THAT HE TOLD HER NO. EXAMINEE STATED THAT HIS GIRLFRIEND CONTACTED THE CREDIT BUREU AND ADVISED THAT HE DID NOT OPEN THE ACCOUNT IN QUESTION. EXAMINEE STATES THAT THEY DID NOT BRING HIS MOTHER'S NAME INTO THE ISSUE.

EXAMINEE INDICATED THAT HE HAS COUSINS IN WEST VIRGININA AND IN NEW YORK THAT HAVE THE SAME NAME AND THAT HAVE BEEN ARRESTED. EXAMINEE STATES THAT HE HAS NEVER BEEN ARRESTED BUT THAT ARREST MAY SHOW UP ON HIS RECORD BECAUSE THE COUSIN IN WEST VIRGINIA HAS THE SAME NAME AND DATE OF BIRTH. (EXAMINER CHECKED THE CRIMINAL HISTORY AND SECOND TIME AND NO ARREST WAS PRESENT. NOTE: THIS IS AN ISSUE THAT FINGER PRINTING WILL RESOLVE.)

EXAMINEE STATED THAT HE IS UNSURE IF HE IS REGISTERED WITH THE SELECTIVE SERVICE.

EXAMINEE REVEALED THAT HE HAS BEEN CITED WITH SEVERAL SPEEDING TICKETS IN THE PAST. EXAMINEE SAID THAT HE HAD A WEST VIRGINIA DRIVERS LICENSE IN THE PAST. (NOTE: THIS CANDIDATE HAS NOT SUBMITTED ANY DRIVERS HISTORY).

EXAMINEE ADDED THAT HE WORKED FOR THE STATE OF CALIFORNIA, IN SACREMTO, AS A PAID INTERN.

IN TEST- N/A.

POST TEST- N/A.

J. E. WHITE
**Polygraph Examiner**