# Exhibit 2

3/22/18

Spoke with ▓▓▓▓ after school. Mrs. Schiria Wilson came to me in the lobby after school to ask me to talk to ▓▓▓▓ about some information that had come to her about a possible pregnancy. She said ▓▓▓▓ was very reluctant to talk with her and thought she might talk with me since I am close with ▓▓▓▓. ▓▓▓▓ had just left me to go to the Testing and Tutoring Center to take a test. I went to see if she was there and she was in line. I pulled her out of line and took her to a small, private room in the media center to talk with her. She was upset that Mrs. Wilson had said anything to me and was upset that Mrs. Wilson and Mr. Dobyns had been talking to her and had called her mother. I told her that we were concerned and wanted to make sure she was ok. I told her that if it would make it better, I would ensure that, for this particular situation, I would be the one she talked to and that I would be the one who called her mom. She said that there was a rumor that she was pregnant. She emphatically denied this. I asked her if it was supposedly by someone in the building and she said she was not going to talk about that. I told her that if it was, she needed to talk about it, but I also told her that I am a mandatory reporter and that anything she shares with me that would fall under the types of things I have to report could not be kept secret by me. She said she understood and knew what a mandatory reporter was. I asked her if, on a scale of 1-10, with 1 being kissing and 10 being intercourse, if we were anywhere on that scale. She said there was no intercourse. I again asked her if we were anywhere on that scale and she said she could not confirm or deny (this happened a few times). I asked again if we were anywhere on my scale and she said yes, but that she would not admit to it if she was asked about it. She said maybe in a few years she would tell me everything but not now. I asked her what would have prompted any of the rumors and she said she'd had an altercation with Deputy Bradley in his office. She said she trusted him with some information (that she did not share with me) and that he'd had a conversation about her with another female student...along the lines of her not being a "nice girl" or something like that. She said she confronted him because she was angry that he'd talked to another student about her and that he'd shared some of what she'd confided in him with another student. I asked her if I were to look on the cameras, about how many times would I see her going into his office and for how long...she said it would be a few times, but that I would also see other females students going in there and if I was going to talk to her I needed to talk to them too. I told her that if there was anything I saw on the cameras that caused me concern I would talk to everyone I saw on there. She wanted to me promise to her that she would not have to talk with Mrs. Wilson or Mr. Dobyns about this again. I told her I promised and that I would personally talk with both of them so they would know to go through me with any questions for her. At that point, I asked her to sleep on it and to tell me anything she thought I needed to know. I told her I was going to be away from school until the following Tuesday so she could email me if needed and I would respond. I told her that I was going to share our conversation with Mr. Temoney and that I was going to call her mother to talk with her about our conversation. She said she understood but didn't know why because she wasn't going to admit to anything. I told her I understood that but I was still going to have those conversations. I walked her over to Testing and Tutoring so she could take her quiz.

I went back to my office and informed Mr. Temoney. Then I called her mother. I told her about the conversation and she said that she did not believe it was true. She said that she did not think ▓▓▓▓



would do that with a married man. I told her that ▮▮▮▮ was adamant that there had not been any intercourse but that she did indicate something, at least kissing based on my scale, had taken place. I told her that ▮▮▮▮ was upset about so many people talking to her about it and her mom said that she felt like it would make ▮▮▮▮▮▮▮▮▮▮▮ worse. I told her that I was not going to be at school until Tuesday, and she told me she was going to keep ▮▮▮▮ home that Friday (3/23) and possible take her out of town somewhere to relax. She asked me if I had talked to Deputy Bradley about this and I told her that I had not, that someone else would be the person to do that. She also told me that she'd been able to get ▮▮▮▮ an appointment with her therapist. She said ▮▮▮▮ talks with ▮▮▮▮ but not with her and did not know if she'd talked with ▮▮▮▮ about any of this.

I gave all of this information to Mr. Temoney.

4/9/18

▮▮▮▮ came in right at the bell on 4/9. She told me that she needed to talk with me about a 'hypothetical situation. She said she'd thought about it over the break (Spring Break) and wanted to tell me about it. I asked her if this was something she'd talked with ▮▮▮▮ about and she said she had not. I asked her if she'd talked to her mom about it and she said she had not. She did not want her mom called, I told her I could not promise that, but if she was going to be called I would let her know before that call was made. She said it'll be our fault if she ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We went into the principal's conference room and she began telling me about a hypothetical situation involving a student named Ashley. She would not refer to Deputy Bradley by name, but instead referred to him as the married one with two kids. She said that "Ashley" had made some mistakes and felt very guilty about getting someone in trouble. She said that everything she was going to say was hypothetical and that she would not admit to it if asked. I reminded her that, even being hypothetical, I would have to report anything if it fell under behavior that would require me to report it as a mandatory reporter. I also told her that, whatever she told me, I would share with Mr. Temoney. She said she understood and told me the following about "Ashley":

- She got herself into a situation in his office. They were talking and she was flirting and he moved in closer. She said she got nervous.
- She was seated with her ankles crossed and he used his foot to uncross her ankles.
- At some point he leaned over her with his left hand on the wall above her head. She felt nervous but froze. She said she felt guilty that she froze. She couldn't figure out how to get out of the situation.
- She said that at some point she ended up seated on the table in the office. She said he pushed her back, slowly, on the table. There was some touching (she was not specific, even when asked) and kissing around the neck and shoulder area. She became upset when he tried to kiss her mouth; she said she does not like kissing on the mouth. She said at some point the back of her thighs, which were on the corner of the table, began to hurt and her leg was going to sleep.
- She kept talking about how guilty she felt, how she did not want him to get fired, that she could not come back to school because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.



- Many times she kept reminding me this is a hypothetical story. She said in a few years she might tell me everything but not now.
- She said she can't believe she trusted him, that he knew her family and she trusted him.

I asked her if she wanted to write any of this down, and she declined. I asked her what day this took place and she said it was around the 2nd week of March and that it had been during 2nd period (I checked her attendance after our conversation and she had an unexcused absence from 2nd period on March 14th which fit within her timeline). She asked if I was going to call her mother and I told her I was going to share her story with Mr. Temoney and the decision would be made by someone other than me, but that if the decision was to call her mother, I would come personally tell her so she would know. The entire conversation lasted about an hour. I walked her to C148 to get a pass to class.

I told Mr. Temoney that I needed to talk with him and he came to his office and I told him everything she told me. He called Mr. Keith Price and Mr. Cleve Smith. I can't recall exactly who he talked to or left a message for (I think he left Mr. Price and message and talked to Mr. Smith but I cannot be sure). At that point contact was not going to be made with her mother until further decisions were made. I asked if I needed to try again to get her to write a statement and was told not at that time. I went to her class and told her that, for now, they were deciding about what to do but that her mom was not going to be called right then. I told her when they notified me that she was going to be called I would let her know. I told her to please consider sharing this with ▇▇▇▇▇

4/16/18

I received an email from Susan Yelverton from Palmetto Health with a signed release to discuss ▇▇▇▇▇ medical information with me.

4/17/18

I spoke with Susan Yelverton. She indicated that ▇▇▇▇▇ had shared a hypothetical story with her and told her she'd shared part of the same story with me. She told me that the story was about "Ashley" and involved being inappropriately touched on more than one occasion by our school resource officer with two children ▇▇▇▇▇ would not give her the name). I told her that she'd shared more with her than with me, but that the information was consistent with what I'd been told. She asked me if we'd reported it and I told her that we had. She said she would also be reporting it and that she had called ▇▇▇▇▇ mom to discuss the hypothetical story. She said ▇▇▇▇▇ was scheduled to ▇▇▇▇▇ ▇▇▇▇▇ I gave her Captain Ewing's name and contact #.

Around 11:00 am Mr. Temoney advised me that Captain Ewing needed some information from me (name, birthdate, etc.) about ▇▇▇▇▇ so I called him and gave him the information that he needed.

Later that afternoon, ▇▇▇▇▇ mother called me. She wanted to talk about what Ms. Yelverton shared with her about Adrianna's hypothetical story. She said that she thought it was about ▇▇▇▇▇. She asked me if anyone had spoken to Deputy Bradley and I told her that I knew he'd been spoken with but that I was not sure who from Richland County had spoken with him but that it might have been Captain

CONFIDENTIAL

Ewing. She was upset by the story ▇▇▇ told the counselor at Palmetto Health and said that she was worried about ▇▇▇. I told her that Palmetto Health mentioned that ▇▇▇ would ▇▇▇ ▇▇▇ and she told me that ▇▇▇ would be going to ▇▇▇ and would not be back at SV right now. I told her to please stay in touch if she needed anything from us.

District 00004