# Exhibit 19

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF SOUTH CAROLINA
 2                 COLUMBIA DIVISION
 3   MOTHER DOE, INDIVIDUALLY AND AS THE
     MOTHER AND NATURAL GUARDIAN FOR JANE
 4   DOE, A MINOR,
 5              Plaintiff,
 6        vs.          CASE NO.
                       3:18-CV-02731-CMC
 7
     RICHLAND COUNTY SCHOOL DISTRICT TWO,
 8   SHERIFF OF RICHLAND COUNTY IN HIS
     OFFICIAL CAPACITY D/B/A RICHLAND COUNTY
 9   SHERIFF'S DEPARTMENT ("RCSD"), JOHN E.
     EWING, AND JAMEL BRADLEY,
10
                Defendants.
11
12   DEPOSITION OF:   ▮▮▮▮▮▮▮▮▮▮▮▮▮
13   DATE:            November 19, 2019
14   TIME:            9:35 a.m.
15   LOCATION:        Law Offices of
                      Halligan, Mahoney & Williams
16                    1301 Gervais St., Suite 1400
                      Columbia, SC
17
18   TAKEN BY:        Counsel for the DEFENDANTS
19   REPORTED BY:     SARAH E. YOUNG
20   _____
21
22
23
24
25   Job No. CS3662485
```

Veritext Legal Solutions

800-567-8658                              973-410-4098

CONFIDENTIAL

Page 37

```
 1          Q.   Okay.  So every other occasion, it
 2    occurred at school?
 3          A.   Yes.
 4          Q.   And, again, I'm not asking you to -- to
 5    put a, you know, specific number, but can you --
 6          A.   I don't have a number.
 7          Q.   -- give an estimate?  Maybe the better
 8    way of asking this, is it something that occurred
 9    every day or once --
10          A.   Not every day, but often.
11          Q.   Would it occur every week?
12          A.   Maybe.  I -- I -- I don't remember.
13    Like it was -- I had like communications with him
14    for a -- relationship, whatever we want to call
15    it, --
16          Q.   Uh-huh.
17          A.   -- like for a long time.
18          Q.   Okay.
19          A.   Like a couple months.  Like almost
20    until I graduated.  Like I think it ended before I
21    graduated, a month or two before.
22          Q.   Okay.  Yeah, that was going to be one
23    of the questions.  I was just trying to understand
24    when -- when it started, like when the sexual
25    activity started?
```

CONFIDENTIAL

Page 38

```
1         A.    I don't --
2         Q.    And then when it ended?
3         A.    -- know a month.  Maybe before
4    Thanksgiving.  Maybe before Christmas.  I don't
5    remember.
6         Q.    And then you said it stopped when?
7         A.    I don't know a month, but definitely
8    before May, before graduation.  I was focused on
9    being a senior and enjoying myself.
10        Q.    Uh-huh.  What made you, I guess, decide
11   to stop?
12        A.    I was about to graduate.
13        Q.    Uh-huh.
14        A.    And yeah, when I'm graduated, there's
15   no point in me going to a high school or
16   communicating with staff from there.
17        Q.    When all of this was going on, are you
18   aware of Deputy Bradley engaging in the same type
19   of activities with any other female students?
20        A.    No, but like in the hallways, girls
21   would hug on him and he -- I'm pretty sure multiple
22   occasions I've witnessed him like giving shoulder
23   massages to girls in the hallway.  Like girls talk
24   to him.  Guys talk to him.  He was super friendly
25   with everybody.  Like friendly, friendly.  I don't
```