IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a Minor, | ) ) ) | CIVIL ACTION NO. 3:18-cv-02731-CMC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JAMEL BRADLEY** |
| Richland County School District Two, Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department ("RCSD"), John E. Ewing, and Jamel Bradley, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

YOU WILL PLEASE TAKE NOTICE, that the Defendant Jamel Bradley, by and through his undersigned attorneys, hereby moves for an Order granting him Summary Judgment in his favor with regard to the Plaintiffs' claims against him asserted in the Plaintiffs' Complaint, and dismissing those claims against him. This motion is made on the grounds set forth in this Defendant's Memorandum in Support of Summary Judgment, filed herewith.

This motion is based on the Pleadings in this matter, the Federal Rules of Civil Procedure, statutes, case law, this Defendant's Memorandum in Support of Motion for Summary Judgment and authority and evidentiary matter cited therein, such Reply Memorandum and attachments as may be filed following the Plaintiffs' Response, oral argument of counsel, if requested by the Court, and such other and further authority as the Court may deem appropriate.

Respectively submitted,

DAVIS FRAWLEY, LLC
*s/Patrick J. Frawley*
Patrick J. Frawley, Fed. I.D. No. 890
140 East Main Street (29072)
PO Box 489
Lexington SC 29071-0489
(803) 359-2512
pat@oldcourthouse.com

Lexington, South Carolina

December 20, 2019.

1