*Mother Doe, Individually and As the Mother and Natural Guardian for Jane Doe,*
*A Minor,*
*vs.*
*Richland County School District Two,*
*Sheriff of Richland County, in His Official Capacity*
*D/B/A Richland County Sheriff's Department, John E. Ewing,*
*and*
*Jamel Bradley*

Civil Action 3:18-cv-02731-CMC

Exhibit 2

SCN Children's Advocacy Centers' 4/18/2018 Forensic
Interview Report of Allison M. Foster, Ph.D.,
Bates No. 00432-D-048 to 00432-D-050

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR, )<br><br>)<br>)<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHLAND COUNTY SCHOOL DISTRICT )<br>2, SHERIFF OF RICHLAND COUNTY IN )<br>HIS OFFICIAL CAPACITY D/B/A )<br>RICHLAND COUNTY SHERIFF'S )<br>DEPARTMENT, JOHN E. EWING, & )<br>JAMEL BRADLEY, )<br>)<br>Defendants. ) | C.A. No.: 3:18-cv-02731-CMC<br><br><br>**AFFIDAVIT OF**<br>**CUSTODIAN OF RECORDS** |

PERSONALLY appeared before me, the below Custodian of Records, who being duly sworn deposes and says:

1. I am the Custodian of Records for Metropolitan Children's Advocacy Center.
2. I have reviewed the records of ▮▮▮▮▮▮
3. The attached documents are requested by counsel to meet and abide by the subpoena issued for the above referenced case.
4. The attached documents are copies of records kept within the normal course of business conducted within this office.

*Tammy Ungemach*

Custodian of Records, Metropolitan Children's
Advocacy Center

SWORN TO AND SUBSCRIBED before me
This 30th day of _____, 2019
Nicole N. Williams

Notary Public for South Carolina
My Commission Expires: 2 June 2025

1 of 1

CONFIDENTIAL
Metro Childrens Advocacy
000001

04-27-18;09:26AM;                                          ;803-898-1471       #  2/  4



South Carolina Network
OF
**CHILDREN'S**
**ADVOCACY CENTERS**

## Forensic Interview Report

CAC Name: Metropolitan Children's Advocacy Center          Date of Interview: 04/18/2018

Interview Location: Met CAC

Name of Interviewer: Allison M. Foster, Ph.D.

### DEMOGRAPHICS

Name of Child (or Vulnerable Adult):

| ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ | 15 |
|---|---|---|---|---|
| Last | First | MI | DOB | Age |

Ethnicity: Non-Hispanic          If "other", please specify:

Race: Black/African American          Gender: Male. ☐    Female ☑

Child Brought By: Heidi Jackson, RCSD on 4/18/2018 and mother on 4/20/2018

Relationship to Child: Law Enforcement; mother ▓▓▓▓ present on both appt days

### REFERRAL BACKGROUND

Referral Source Agency: RCSD

Referral Contact Information: Lt. Lindler

Name/Title

Phone I          Phone II

Email

Other Involved Agencies:

*Last Modified 3/2017*          ▓▓▓▓          Page 1 of 3

04-27-18;09:25AM;                                              1802-888-1471           #  3/  4

**MDT Members Present for Interview (Include Name and Agency):**

Heidi Jackson and Scott Lindler, RCSD

**Reason(s) for Referral:**

☑ Sexual Abuse/ Sexual Assault                    ☐ Physical Neglect

☐ Sexual Exploitation/ Trafficking                 ☐ Physical Abuse/ Physical Assault

☐ Other Problematic Sexual Misconduct            ☐ Emotional Abuse/Mental Injury

☐ Witness to: [                    ]               ☐ Abduction

☐ Other: [                    ]                    ☐ Exposure to:

**Alleged Perpetrator(s):** Jamel Bradley

**Relationship to Child:** SRO at child's high school

**Type(s) of Maltreatment Reported in Forensic Interview:**

☐ None Reported                                   ☐ Physical Abuse/ Physical Assault

☑ Sexual Abuse/ Sexual Assault                    ☐ Physical Neglect

☐ Sexual Exploitation/ Trafficking                ☐ Emotional Abuse/Mental Injury.

☐ Other Problematic Sexual Misconduct             ☐ Abduction

☐ Witness to: [                    ]              ☐ Exposure to: [          ]

☐ Other: [                    ]

☐ Undetermined

**Limited English Proficiency Services Used:** [                    ]

**Special Considerations (Observed/ Noted Behavioral Issues):**

*Last Modified 3/2017*                                                      Page 2 of 3

---

CONFIDENTIAL                                                      00432-D-049

04-27-18; 08:25AM;                                              :803-898-1471          # 4/ 4

**Interview Notes:**

████████ completed two forensic interview sessions during which she detailed sexually inappropriate encounters with Officer Jamel Bradley, whom she referred to as "Bradley" during the second interview. During the first interview, she would not name him, but specified it was the SRO with the office on the second floor, making it clear as well that she did not have a close relationship with the other officer, whose name is Bunton. ████████ relayed information about two specific days, March 12 and March 14, 2018, during which he kissed and touched her in his office with the door closed. ████████ detailed how on "Day 1" (as she termed it), he kissed and touched her bare breasts and midsection, first while she was seated in a rolling chair, then by laying her back on a table, and then pressed his groin into her backside with her bent forward over a desk (with clothing on). "Day 2" was the day of the 17-minute walk out in honor of the Florida high school shooting victims. On that day, ████████ alleged that Officer Bradley allowed her to miss the walk-out and remain in his office with the door closed. He returned to the office and attempted to kiss her on the lips, which she indicated was crossing a personal line. ████████ described two other instances in which he patted and squeezed her buttocks, one time in a stair well as they were walking up to his office. ████████ also disclosed in the second interview about a time that shocked her because he swept his hand from her vaginal area up the front of her body as she passed him in the hallway and other school personnel as well as students were around.

I asked ████████ some questions about her mental health history. Although she had stated to law enforcement responders that she ████████████████████████ her descriptions do not raise concerns about ████████████████ Rather, she describes ██████████ and she attributes them more to ████████████ she did not want to disclose to me, involving ████████████████████ Her ████████ difficulties with sleep.

DVD copies of both interviews provided to RCSD.

Forensic Interviewer's Signature: | Allison M. Foster, Ph.D. | Digitally signed by Allison M. Foster, Ph.D. Date: 2018.04.24 13:57:28 -04'00'

**Disclaimer:** This report is not intended to be a complete summary of the interview that was conducted. It is not a substitute for a thorough investigation and review of the forensic interview video.

*Last Modified 3/2017*                                                              Page 3 of 3