*Mother Doe, Individually and As the Mother and Natural Guardian for Jane Doe,*
*A Minor,*
*vs.*
*Richland County School District Two,*
*Sheriff of Richland County, in His Official Capacity*
*D/B/A Richland County Sheriff's Department, John E. Ewing,*
*and*
*Jamel Bradley*

Civil Action 3:18-cv-02731-CMC

Exhibit 3

Excerpts from Deposition of Jamel Bradley
(May 2, 2019)

JAMEL BRADLEY

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MOTHER DOE, INDIVIDUALLY AND ) | CIVIL ACTION NO: |
| AS THE MOTHER AND NATURAL ) | 3:18-cv-02731-CMC |
| GUARDIAN FOR JANE DOE, A ) | |
| MINOR, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHLAND COUNTY SCHOOL ) | |
| DISTRICT 2, SHERIFF OF ) | |
| RICHLAND COUNTY IN HIS ) | |
| OFFICIAL CAPACITY d/b/a ) | |
| RICHLAND COUNTY SHERIFF'S ) | |
| DEPARTMENT, JOHN E. EWING & ) | |
| JAMEL BRADLEY, ) | |
| ) | |
|       Defendants. ) | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

VIDEOTAPED
DEPOSITION OF:   JAMEL BRADLEY

DATE TAKEN:   Thursday, May 2, 2019

TIME:   1:06 p.m.

PLACE:   Crowe LaFave
500 Taylor Street, Suite 2
Columbia, South Carolina

REPORTED BY:   EVE WILBANKS
Registered Professional
Reporter, Certified LiveNote
Reporter and Notary Public

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

POST OFFICE BOX 21119

CHARLESTON, SOUTH CAROLINA 29413

Q.    Any other jobs before working at the Richland County Sheriff's Department?

A.    No, sir.

Q.    Okay.  When were you hired by the Richland County Sheriff's Department?

A.    2007.

Q.    Who hired you?

A.    Richland County Sheriff's Department hired me.

Q.    Was there a particular -- was it Sheriff Lott who hired you?

A.    I went through the interview with everybody else.  I'm assuming that he's the main one that makes the hires and fires.  I'm not sure if his associates do that.

Q.    Did Sheriff Lott recruit you to come work at the sheriff's department?

A.    He talked to me about what the sheriff's department was like.

Q.    When was the first time he approached you about working at the sheriff's department?

A.    The first time I met him was at a breakfast at Brookland Baptist.  It was a breakfast meeting or something with a lot of people there.  That's the first time I met him.

Q.   Okay.  And then after that meeting did you go ahead and submit an application?

A.   Yes.

Q.   And have you been employed with the Richland County Sheriff's Department continuously since 2007?

A.   Yes.

Q.   And are you currently employed with the Richland County Sheriff's Department?

A.   Yes.

Q.   And during that time period, since 2007 to present day, have you received any income from any other sources?

A.   No.

Q.   Okay.  Any private security gigs?

A.   No, sir.

Q.   Okay.  So your salary from the sheriff's department is your only source of income since 2007?

A.   Yes.

Q.   And, Deputy Bradley, I understand that you are currently employed with the sheriff's department.  Are you employed as a school resource officer?

A.   Yes.

officers in place during that time after you left?

A.    I don't understand what you mean by that.

Q.    So when you left Joseph Keels Elementary School, it was because they were going to no longer have school resource officers there?

A.    At that school?

Q.    Yes.

A.    Yes.

Q.    Okay.  And you were assigned to the Spring Valley High School?

A.    I'm not understanding.

Q.    And you were reassigned to Spring Valley High School?

A.    After Joseph Keels?

Q.    Yes.

A.    Yes, sir.

Q.    And that would have been sometime, you think, in 2009?

A.    '09, '10.

Q.    And how long were you a school resource officer at Spring Valley High School?

A.    Eight years.

Q.    So when was your last day at Spring Valley High School?

JAMEL BRADLEY                                    29

A.    2018.

Q.    What month?

A.    June.

Q.    June of 2018?

A.    August -- no.  Wait a minute.  I did summer school, so I was there August.

Q.    August of 2018?

A.    Yes, sir.

Q.    And then you were reassigned --

A.    Yes.

Q.    -- to another school?

A.    Yes, sir.

Q.    What school were you reassigned to?

A.    I went back to Joseph Keels.

Q.    And how long were you at Joseph Keels?

A.    Until December of 2018.

Q.    When did you start at Joseph Keels?

A.    August of 2018.

Q.    So you were there at Joseph Keels from August of 2018 to December of 2018?

A.    Yes, sir.

Q.    And then you were reassigned to Crayton Elementary School?

A.    Middle school.

Q.    Middle school?