# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR, )<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, JOHN E. EWING, & JAMEL BRADLEY,<br><br>Defendants. | C.A. No.: 3:18-cv-02731-CMC<br><br><br><br><br><br>PLAINTIFFS' SUPPLEMENT TO MOTION TO FILE UNDER SEAL |

On December 19, 2019, Plaintiffs respectfully moved before this Court for an Order to Seal certain documents and testimony filed in connection with its Memorandum in Opposition to Defendant Richland County School District Two's Motion for Summary Judgement. (ECF Entry No. 147).

Pursuant to Local Rule 7.02, the undersigned certifies that he has consulted with counsel for all opposing parties, who maintain no objection to sealing the documents referenced in Plaintiffs' Motion to Seal.

                                                Respectfully Submitted,

                                                *s/ Scott C. Evans*
                                                Scott C. Evans, Federal ID #10874
                                                James B. Moore III, Federal ID #10844
                                                Evans Moore, LLC
                                                121 Screven Street
                                                Georgetown, SC 29440
                                                Office: (843) 995-5000
                                                Facsimile: (843) 527-4128

scott@evansmoorelaw.com
james@evansmoorelaw.com


Daniel C. Boles, Federal ID #12144
23 Broad Street
3870 Leeds Avenue | Ste. 104
Post Office Box 381
Charleston, SC 29402
Office: 843-576-5775
Facsimile: 800.878.5443
dan@boleslawfirmllc.com

Attorneys for the Plaintiffs

December 23, 2019