# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| **MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR,** | ) ) ) | **C.A. No.: 3:18-cv-02731-CMC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, JOHN E. EWING, & JAMEL BRADLEY,** | ) ) ) ) ) ) | **PLAINTIFFS' SUPPLEMENT TO MOTION TO FILE UNDER SEAL** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

On December 18, 2019, Plaintiffs respectfully moved before this Court for an Order to Seal certain documents and testimony filed in connection with its Memorandum in Opposition to Defendants Richland County Sheriff's Department and John F. Ewing's Motion for Summary Judgement. (ECF Entry No. 145).

Pursuant to Local Rule 7.02, the undersigned certifies that he has consulted with counsel for all opposing parties, who maintain no objection to sealing the documents referenced in Plaintiffs' Motion to Seal.

Respectfully Submitted,

*s/ James B. Moore III*
James B. Moore III, Federal ID #10844
Scott C. Evans, Federal ID #10874
Evans Moore, LLC
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Facsimile: (843) 527-4128

1

2

james@evansmoorelaw.com
scott@evansmoorelaw.com

Daniel C. Boles, Federal ID #12144
23 Broad Street
3870 Leeds Avenue | Ste. 104
Post Office Box 381
Charleston, SC 29402
Office: 843-576-5775
Facsimile: 800.878.5443
dan@boleslawfirmllc.com

Attorneys for the Plaintiffs

December 23, 2019

2