Yesterday at 9:24 PM

Hey, Leon Lott: that tough talk is a lot cheaper than the check you're gonna wind up writing to **Boo Moore**'s client...



WISTV.COM
**Additional charges filed against former RCSD deputy charged for criminal sexual conduct**

👍 3                          2 Comments

Like          Comment          Share

commented.

     

Yesterday at 9:24 PM ·



WISTV.COM
**Additional charges filed against former RCSD deputy charged for criminal sexual conduct**

👍 Like     💬 Comment     ↗ Share

👍 3



BOO! BOO!

GIPHY

23h   Like   Reply                     👍 1

  **Boo Moore**
Sheriff Lott trying to take the moral high ground on this matter is a total joke.   Good thing he was deposed before he changed his tune!

8h   Like   Reply          👍 2

📷  Write a comment...          GIF  🙂

🏠  ▶️  🏪  👤  🔔  ☰