**Boo Moore**

1 hr · 👥

•••

We look forward to a jury making the determination whether Deputy Bradley "hid behind the badge and [Lott's] name" as Sheriff Lott suggested or whether Lott instead had specific knowledge of Deputy Bradley's years of predatory behavior and was complicit in the cover up. **Scott Evans Dan Boles**



**THESTATE.COM**

**RCSD: Former Richland deputy, USC athlete faces new charge of having sex wi...**

👍 16