IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a minor, | ) ) ) | C.A. No. 3:18-cv-02731-CMC |
| | ) | |
|     Plaintiff, | ) | **DEFENDANT RICHLAND COUNTY** |
| | ) | **SCHOOL DISTRICT TWO'S RULE** |
| vs. | ) | **26(a)(3) PRE-TRIAL DISCLOSURES** |
| | ) | |
| Richland County School District Two, Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department ("RCSD"), John E. Ewing, and Jamel Bradley, | ) ) ) ) ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant Richland School District Two ("Defendant School District") hereby submits the following pretrial disclosures:

(A)    The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

**Defendant School District expects to present:**

    **a.**    **Dr. Baron Davis, Superintendent**
            **Richland School District Two**
            **763 Fashion Drive**
            **Columbia, SC  29229**
            **(803) 787-1910**

    **b.**    **Dr. Keith Price, Assistant Superintendent**
            **Richland School District Two**
            **763 Fashion Drive**
            **Columbia, SC  29229**

(803) 787-1910

c.    **Cleveland J.C. Smith, Chief Administrative Services Officer**
**Richland School District Two**
**6831 Brookfield Road**
**Columbia, SC  29206**
**(803) 738-3228**

d.    **Jeff Temoney, Principal**
**Spring Valley High School**
**120 Sparkleberry Lane**
**Columbia, SC  29229**
**(803) 699-3500**

e.    **Stacy Baker, Assistant Principal**
**Spring Valley High School**
**120 Sparkleberry Lane**
**Columbia, SC  29229**
**(803) 699-3500**

f.    **Paul Dobyns, Assistant Principal**
**Spring Valley High School**
**120 Sparkleberry Lane**
**Columbia, SC  29229**

g.    **Sean Glover, Assistant Principal**
**Spring Valley High School**
**120 Sparkleberry Lane**
**Columbia, SC  29229**
**(803) 699-3500**

h.    **Schiria Wilson, Work Based Learning Coordinator**
**Spring Valley High School**
**120 Sparkleberry Lane**
**Columbia, SC  29229**
**(803) 699-3500**

j.    **April Shell, Principal**
**Summit Parkway Middle School**
**200 Summit Parkway**
**Columbia, SC  29229**
**(803) 699-3580**

k.    **Donna S. Maddox, MD, LLC**
**115 Carter Woods Drive**
**Anderson, SC  29261**

l.    **Jody Shipper**
**Co-Founder and Managing Director**
**Grand Rivers Solutions, Inc.**
**P.O. Box 2094**
**Saratoga, CA  95070**

m.    **Traci Batchelder, former Director of Classified Employees and Employees**
**Services/Title IX Coordinator**
**105 Clarmont Court**
**Lexington, SC  29072**

n.    **Debra Hamm, former Superintendent**
**193 Congaree Park Drive**
**West Columbia, SC  29169**

**Defendant School District may call if the need arises:**

a.    **Captain John Ewing**
**Richland County Sheriff's Department**
**5623 Two Notch Road**
**Columbia, SC  29223**
**(803) 576-3000**

b.    **Deputy Jamel Bradley**
**Richland County Sheriff's Department**
**5623 Two Notch Road**
**Columbia, SC  29223**
**(803) 576-3000**

c.    **Sheriff Leon Lott**
**Richland County Sheriff's Department**
**5623 Two Notch Road**
**Columbia, SC  29223**
**(803) 576-3000**

d.    **Susan Yelverton**
**Palmetto Adolescent Recovery Center**
**720 Gracern Road, Suite 104**
**Columbia, SC  29210**

e.    **Jennifer Heath, MD**
**1415 Blanding Street**
**Columbia, SC  29201**

f.    **Mia Davidian, MD**

**Moncrief Army Health Clinic**
**4500 Stuart Street**
**Columbia, SC 29207**

g.    **Dr. Benita Marie Cunningham**
**Moncrief Army Health Clinic**
**4500 Stuart Street**
**Columbia, SC 29207**

h.    **Allison M. Foster, PHD**
**Metropolitan Children's Advocacy Center**
**3710 Landmark Drive, Suite 300**
**Columbia, SC 29204**

i.    **Heidi Jackson**
**Richland County Sheriff's Department**
**5623 Two Notch Road**
**Columbia, SC 29223**
**(803) 576-3000**

j.    **Mother Doe**

j.    **Jane Doe**

**In addition, Defendant School District reserves the right to call witnesses identified by Plaintiff and Co-Defendants and to supplement this list, as appropriate.**

(B)    The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

**None at this time.**

(C)    An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.

**Defendant School District expects to offer, or may offer if the need arises, the following, or a portion thereof:**

| DOCUMENT DESCRIPTION | BATES LABEL | SOURCE |
|---|---|---|
| Notes of Stacey Baker | 00001-00004 | District |
| School Records of Jane Doe | 00005-00055, 01674-01845, 03284 | District |
| Letter from Smith to Ewing dated 12/17/18 | 00056 | District |
| SRO 2018-2019 Assignments | 00057-00064 | District |
| SRO Memorandum of Agreement | 00065-00076 | District |
| 2016-17 Back-2-School Handbook | 00087-00130 | District |
| 2017-18 Back-2-School- Handbook | 00131-00178 | District |
| 2018-19 Back-2-School Handbook | 00179-00226 | District |
| Email Communications between Jane Doe and Stacey Baker dated 4/18/19-4/19/19 | 000281 | District |
| Emails between Jane Doe and S. Baker dated 5/7/18, 5/14/18, 5/23/18, 6/6/18, 6/7/18 and 8/8/18 | 00275, 00272, 00268-00269 00233-00235, 00449-00452 1299-1304 | District |
| Emails between Mother Doe and S. Baker dated 5/21/18, 4/17/18, and 3/22/18 | 00301, 00446, 000434-00435 01345-01346 | District |
| Emails between Mother Doe and Jane Doe | 00297, 00453-00454 | District |
| Emails from S. Catoe | 00291-00291 | District |
| Emails between S. Baker and H. Jackson and C. Lindler | 00303-00305 00322-00326 01307-1341 | District |
| Communications with H. Jackson and C. Lindler | 00312-00326 | District |
| Email communications with S. Yelverton | 00327-00358 | District |
| District Policies | 00360-00378 | District |
| Email communications between Jane Doe and Bradley (February 2017-March 2018) | 00379-00412 | District |
| Emails from Jane Doe to J. Temoney | 00429-00430 | |
| SVHS Training Documentation | 00455-00485 | District |
| SVHS SRO Evaluation Documentation | 00638-00683 | District |
| Email communications between the District and R.M. re. 2016 allegations | 00694-00719 | District |
| Communications between District and RCSD re. 2016 allegation from R.M. | 00720-00742 | District |
| SRO Assignments | 00743-00774 | District |
| January 2019 communications between Smith and Ewing | 00778-00780 01342-01344 | District |
| Correspondence and documents re. SRO | 00916-01066 | District |

| | | |
|---|---|---|
| Assignments (2013-2019) | | |
| Communications from Bradley re. C.E. (February – March 2016) | 01067-01072 | District |
| Email communications between Bradley and students (May 2016) | 01073-01074 | District |
| Email communications between Bradley and J.W. (February – May 2016) | 01075-01077 | District |
| Emails between Bradley and C.E. (October 2015-May 2016) | 01078-01145 | District |
| Communications between RCSD and District re. R.M.'s 2016 allegations | 01146-01168 | District |
| Emails between Bradley and Jane Doe (September 2017-March 2018) | 01169-01219 | District |
| May 2016 District communications re: R.M. allegations | 01220-01224 | District |
| March 21, 2018 email exchange between Temoney and parent | 01225-01228 | District |
| Communications between Baker and S. Yelverton (April – May 2018) | 01229-01294 | District |
| March 2015 emails between Baker and F. Robinson | 01295-01296 | District |
| Emails between E. Hawkins and D. Stiffer re: Jane Doe | 01297 | District |
| Emails between J. Bradley and M. Kelly re: Jane Doe | 01298 | District |
| 8/7/18 Emails between Temoney and Bradley re: Placement | 01347-01349 | District |
| 1/30/19 Emails between C. Smith and K. Beaman re: DARE | 01350-01351 | District |
| 9/20/18 Email from Bradley re: DARE | 01352 | District |
| Notes from P. Dobyns | 01353 | District |
| 12/4/15 Emails between C.E. and A. Shell | 01354-01355 | District |
| 12/5/15 Emails between A. Shell and S. Marcotte | 01356 | |
| 10/20/17 News Article (The State) | 01357-01362 | District |
| Documentation re: Title IX training | 01363-01673 | District |
| Student Sexual Abuse Training Records | 01846-02214 | District |
| Jane Doe's homebound records | 02215-02226 | District |
| October 2019 Email communications and Letters of Recommendation from J. Temoney | 02227-02237 | District |
| Subpoenaed records from Prisma Health Richland re: Jane Doe | 02238-03160 03285-03782 | District |
| Records re: Bradley's SRO Assignments (2018-2019) | 03161-03170 | District |

| Emails between C. Smith and J. Ewing dated 5/17/18 | 03198-03199 | District |
|---|---|---|
| Google Calendar Notification | 03200-03202 | District |
| Documentation re: Bradley's assignments (2010-2019) | 03208-03277 | District |
| Notes from S. Baker (11/14/19-11/15/19) | 03278-03279 | District |
| Subpoenaed records from Children's Advocacy Center re: Jane Doe | 03783-03792 | District |
| Report of Dr. Donna Maddox | 03793-03798 | District |

| DOCUMENT DESCRIPTION | BATES LABEL | SOURCE |
|---|---|---|
| SC Criminal Justice Academy Records of Jamel Bradley | a. | Plaintiffs |
| Hearing transcript of Doe v. Richland County Sheriff's Department (10/30/18) | b. | Plaintiffs |
| Richland County Sheriff Department's previous Internal Affairs records of Jamel Bradley | c. | Plaintiffs |
| Richland County Sheriff's Department personnel file of Jamel Bradley | d. | Plaintiffs |
| Internal Affairs file of Jamel Bradley | e. | Plaintiffs |
| Criminal Investigation file of the Richland County Sheriff's Department of Jamel Bradley | f. | Plaintiffs |
| Richland County Sheriff's Department polygraph records of Jamel Bradley, including video recording | g. | Plaintiffs |
| Video interview of Jane Doe (04/18/18) | h. | Plaintiffs |
| Video interview of Jane Doe (04/20/18) | i. | Plaintiffs |
| FOIA Request to Richland County School District | j. | Plaintiffs |
| Voicemail to Mother Doe from Stacey Baker | k. | Plaintiffs |
| Voicemail to Mother Doe from Jeff Temoney | l. | Plaintiffs |
| Confidential medical records of Palmetto Health of Jane Doe | m. | Plaintiffs |
| Confidential medical records of Metropolitan Children's Advocacy Center of Jane Doe | n. | Plaintiffs |
| South Carolina 10 year driving record of Jamel Bradley | o. | Plaintiffs |
| Preemployment polygraph report and chart of Deputy Bradley | p. | Plaintiffs |

| | | |
|---|---|---|
| Criminal investigation polygraph report and chart of Deputy Bradley | q. | Plaintiffs |
| Confidential records of Moncrief Army Health Clinic of Jane Doe | r. | Plaintiffs |
| Verizon records for (803) 319-7608 obtained by way of Plaintiff subpoena | s. | Plaintiffs |
| Verizon records for (803) 518-7968 obtained by way of Plaintiff subpoena | t. | Plaintiffs |
| Affidavit and Curriculum Vitae of Daniel Swinton | u. | Plaintiffs |
| Affidavit and Curriculum Vitae of Julie Duff | v. | Plaintiffs |
| Affidavit and Curriculum Vitae of Amanda Salas, MD | w. | Plaintiffs |
| Affidavit and Curriculum Vitae of Roy Taylor | x. | Plaintiffs |
| Medical billing of Prisma Health Baptist Hospital | z. | Plaintiffs |
| Subpoena response of Richland One General Counsel, Susan G. Williams | aa. | Plaintiffs |
| Updated records received from the South Carolina Criminal Justice Academy on 11/27/2019 | bb. | Plaintiffs |
| Richland County Public Access Offender Information of Jamel Bradley 11/20/2019 | bb. | Plaintiffs |
| Press statement of Sheriff Lott on 11/20/2019 | cc. | Plaintiffs |

| DOCUMENT DESCRIPTION | BATES LABEL | SOURCE |
|---|---|---|
| James Bradley personnel file | 00432-A-001 through 00432-A-139 | RCSD, Ewing, and Bradley |
| Previous Internal Affairs history | 00432-B-001 through 00432-B-039 | RCSD, Ewing, and Bradley |
| 2018 Internal Affairs file | 00432-C-001 through 00432-C-016 | RCSD, Ewing, and Bradley |
| Captain Ewing's written statement | 00432-C-004 through 00432-C-006 | RCSD, Ewing, and Bradley |
| Criminal Investigation | 00432-D-001 through 00432-D-061 | RCSD, Ewing, and Bradley |
| Deputy Bradley's written statement | 00432-D-018 through 00432-D-026 | RCSD, Ewing, and Bradley |
| No. 101: Department Organization | 00432-E-001 through 00432-E-007 | RCSD, Ewing, and Bradley |
| No. 104: Internal Affairs Investigation Procedures | 00432-E-008 through 00432-E-012 | RCSD, Ewing, and Bradley |

| No. 105: Rules and Regulations | 00432-E-032 through 00432-E-033 | RCSD, Ewing, and Bradley |
|---|---|---|
| No. 201: Recruitment and Selection | 00432-E-034 through 00432-E-037 | RCSD, Ewing, and Bradley |
| SRO Division file re Jamel Bradley | 00432-F-001 through 00432-F-029 | RCSD, Ewing, and Bradley |
| Jamel Bradley's training file | 00432-G-001 through 00432-G-072 | RCSD, Ewing, and Bradley |
| John Ewing's training file | 00432-H-001 through 00432-H-261 | RCSD, Ewing, and Bradley |
| John Ewing's Internal Affairs file | 00432-I-001 through 00432-I-055 | RCSD, Ewing, and Bradley |
| No. 509: Field Training Officer Program | 00432-J-001 through 00432-J-018 | RCSD, Ewing, and Bradley |
| No. 1800: SRO School-Related Disability | 00432-J-019 through 00432-J-026 | RCSD, Ewing, and Bradley |
| John Ewing Personnel file | 00432-K-001 through 00432-K-317 | RCSD, Ewing, and Bradley |
| Polygraph report | 00432-L-001 through 00432-L-0013 | RCSD, Ewing, and Bradley |
| Polygraph examination | 00432-M-001 through 00432-M-0018 | RCSD, Ewing, and Bradley |
| Memo: Lindler to Lott re investigation decision | 00432-N-001 through 00432-N-002 | RCSD, Ewing, and Bradley |
| Memorandum of Agreement re. SRO program | 00432-O-001 through 00432-O-073 | RCSD, Ewing, and Bradley |
| Memorandum of Agreement re. SRO program | 00432-O-074 through 00432-O-085 | RCSD, Ewing, and Bradley |
| SRO Ben Fields' personnel and training file | 00432-P-001 through 00432-P-280 | RCSD, Ewing, and Bradley |
| SRO Ben Fields' personnel and training file (2) | 00432-Q-001 through 00432-Q-112 | RCSD, Ewing, and Bradley |
| Compliance Review Resolution (8/10/16) | 00432-R-001 through 00432-R-025 | RCSD, Ewing, and Bradley |
| Compliance Review Notice of Closure (9/30/19) | 00432-S-001 through 00432-S-005 | RCSD, Ewing, and Bradley |
| Additional documentation re. Defendant Bradley's personnel file | 00432-T-001 through 00432-T-023 | RCSD, Ewing, and Bradley |
| Additional documentation re. Defendant Ewing's training file | 00432-U-001 | RCSD, Ewing, and Bradley |
| Additional documentation re. Defendant Bradley's training file | 00432-V-001 | RCSD, Ewing, and Bradley |
| IA investigation records re. Bradley (Ellis) | 00432-W-001 through 00432-W-012 | RCSD, Ewing, and Bradley |
| Video: April 18, 2018 interview of Jane Doe [2:27:49 length] | | RCSD, Ewing, and Bradley |

| | | |
|---|---|---|
| Video: April 20, 2018 polygraph interview of Jamel Bradley [1:22:28 length] | | RCSD, Ewing, and Bradley |
| Video: April 20, 2018 forensic interview of Jane Doe [2:24:54 length] | | RCSD, Ewing, and Bradley |

**Defendant School District reserves the right to modify, amend, or supplement these disclosures as permitted by the Court and applicable rules and include any exhibits produced in discovery and made part of depositions.**

Respectfully submitted,

HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA

By: s/ Jasmine Rogers Drain
        Jasmine Rogers Drain, Fed. I.D. No. 10169
        jdrain@hmwlegal.com

        Vernie L. Williams, Fed. I.D. No. 7094
        vwilliams@hmwlegal.com

P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

Attorneys for Defendants Richland County School District Two

May 18, 2020
Columbia, South Carolina