IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mother Doe, Individually and as the Mother and Natural Guardian for Jane Doe, a Minor, | ) ) ) | C.A. No.: 3:18-cv-02731-CMC |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **FRCP RULE 26(a)(3) PRETRIAL DISCLOSURES ON BEHALF OF DEFENDANT SHERIFF LOTT** |
| Richland County School District Two, Sheriff of Richland County in his official capacity, and Jamel Bradley, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Rule 26(a)(3), the Defendant Sheriff in his official capacity hereby provides the following:

1.      The name and, if not previously provided, the address and telephone number of each witness -- separately identifying those the party expects to present and those it may call if the need arises.

**RESPONSE**

**This Defendant anticipates presenting the following witnesses in his case-in-chief:**

      **(a)      Sheriff Leon Lott**
           **Richland County Sheriff's Department ("RCSD")**
           **5623 Two Notch Road**
           **Columbia, South Carolina 29202**
           **(803) 576-3000**

      **(b)      John Ewing**
           **Richland County Sheriff's Department**
           **5623 Two Notch Road**
           **Columbia, South Carolina 29202**
           **(803) 576-3000**

**This Defendant anticipates calling the following witnesses in his case-in-chief if the need arises:**

(a)     Jamel Bradley
        303 Ashley Place
        Columbia, South Carolina 29229
        (803) 319-7608

(b)     Kathryn Campbell Hubbird
        Fifth Circuit Solicitor's Office
        Post Office Box 192
        Columbia, South Carolina 29202
        (803) 576-1800

(c)     Bonita Cunningham
        Moncrief Army Health Clinic
        4500 Stuart Street
        Columbia, South Carolina 29207
        (803) 562-2106

(d)     Mia Davidian, M.D.
        Moncrief Army Health Clinic
        4500 Stuart Street
        Columbia, South Carolina 29207
        (803) 562-2106

(e)     Dr. Baron Davis
        Richland School District Two
        763 Fashion Drive
        Columbia, South Carolina 29229
        (803) 787-1910

(f)     Mother Doe
        c/o Plaintiff's counsel

(g)     Jane Doe
        c/o Plaintiff's counsel

(h)     Martha Fenske
        1401 Hampton St.,
        Columbia, South Carolina 29201
        (972) 615- 2596

(i)     Allison M. Foster, PhD
        Metropolitan Children's Advocacy Center
        3710 Landmark Drive, Suite 300
        Columbia, South Carolina 29204
        (803) 898-1470

(j)     Brian Godfrey
        Richland County Sheriff's Department
        5623 Two Notch Road

Columbia, South Carolina 29202
(803) 576-3000

(k)     Heidi Jackson
        Richland County Sheriff's Department
        5623 Two Notch Road
        Columbia, South Carolina 29202
        (803) 576-3000

(l)     Keenan Johnson
        Richland County Sheriff's Department
        5623 Two Notch Road
        Columbia, South Carolina 29202
        (803) 576-3000

(m)     Briana Kramer
        Richland County Sheriff's Department
        5623 Two Notch Road
        Columbia, South Carolina 29202
        (803) 576-3000

(n)     Chris Lindler
        Richland County Sheriff's Department
        5623 Two Notch Road
        Columbia, South Carolina 29202
        (803) 576-3000

(o)     Jade Louallen
        Address and phone number unknown

(p)     Larry Payne
        Richland County Sheriff's Department
        5623 Two Notch Road
        Columbia, South Carolina 29202
        (803) 576-3000

(q)     April Shell
        Summit Parkway Middle School
        200 Summit Parkway
        Columbia, South Carolina 29229
        (803) 699-3580

(r)     Stan Smith
        Richland County Sheriff's Department
        5623 Two Notch Road
        Columbia, South Carolina 29202
        (803) 576-3000

      **(s)**     **"Target student"**
              **c/o Taylor Bell, Esq.**

      **(t)**     **Jeff Temoney**
              **Spring Valley High School**
              **120 Sparkleberry Lane**
              **Columbia, South Carolina 29229**

                  _____

**In addition to the above-named witnesses, the Defendant Sheriff reserves the right to present any witness identified or listed by any other party. Additionally, to the extent necessary, this Defendant reserves the right to present a record custodian to authenticate records.**

2.     The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

**<u>RESPONSE</u>**

**Reserving all rights pursuant to Rule 32, Fed. R. Civ. P., the Defendant Sheriff expects to presesent its witnesses for live testimony.**

3.     An identification of each document or other exhibit, including summaries of other evidence -- separately identifying those items the party expects to offer and those it may offer if the need arises.

**<u>RESPONSE</u>**

**This Defendant anticipates presenting the following exhibits in his case-in-chief:**

**(a)**     **RCSD Body Worn Camera (BWC) videos dated April 17, 2018 by Deputies Keenan Johnson and Briana Kramer**

**(b)**     **Forensic Interview videos of Jane Doe with Allison M. Foster, Ph.D dated April 18, 2020 and April 18, 2020**

**(c)**     **RCSD SRO Evaluation Forms, 2014-17 [Dkt 132-4]**

**(d)**     **Moncrief Army Health Clinic patient records for Jane Doe**

**(e)**     **E-mail communications between Jane Doe and Bradley (February 2017 through March 2018)**

**This Defendant anticipates presenting the following exhibits in his case-in-chief if the need arises:**

(a)     **Bradley personnel file [00432-A-001 through 00432-A-139]**

(b)     **Bradley previous IA history [00432-B-001 through 00432-B-039]**

(c)     **Bradley 2018 IA file [00432-C-001 through 00432-C-016]**

(d)     **Criminal Investigation Records [00432-D-001 through 00432-D-061]**

_____

**Should the need arise and to the extent admissible, this Defendant reserves the right to offer any exhibit listed by any party in their respective pretrial disclosures.**

CROWE LAFAVE, LLC


BY:     *s/ Robert D. Garfield*
        ROBERT D. GARFIELD
        Federal I.D. No. 7799
        MARY D. LAFAVE
        Federal I.D. No. 10316
        Post Office Box 1149
        Columbia, South Carolina 29202
        T: (803) 999-1225
        F: (803) 848-8157
        robert@crowelafave.com
        mary@crowelafave.com

        *Counsel for the Defendant*
        *Sheriff Lott in his official capacity*

Columbia, South Carolina

May 18, 2020