UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR, | C/A No: 3:18-cv-02731-CMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, & JAMEL BRADLEY, | |
| Defendants. | |

This Court having been advised by counsel for the parties that the above action has been settled as to defendants Sheriff of Richland County in his Official Capacity d/b/a Richland County Sheriff's Department and Jamel Bradley,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice as to defendants Sheriff of Richland County in his Official Capacity d/b/a Richland County Sheriff's Department and Jamel Bradley, and upon good cause shown within sixty (60) days, any party may petition the Court to reopen the action if settlement is not consummated.

s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

May 21, 2020
Columbia, South Carolina