

HONORABLE CAMERON MCGOWAN CURRIE
TERM COMMENCING **JULY 30, 2020**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA AND ROCK HILL DIVISIONS

---

**CASES SET FOR THIS TERM ARE
SHOWN ON THE ATTACHED LIST**

---

Please take notice that a term of court commencing **Thursday, July 30, 2020**, has been set by the Honorable Cameron McGowan Currie.

**SEE ORDER TO CONDUCT MEDIATION on the Court's Internet site at**

http://www.scd.uscourts.gov

Juries for all cases to be tried during the term will be drawn on **Thursday, July 30, 2020, at the Matthew J. Perry Courthouse, Columbia, South Carolina. *All counsel must be present at 9:30 a.m. on Thursday, July 30, 2020.** The jury list will be available on **Thursday, July 23, 2020**, through the Jury Administrator in Columbia.

THERE WILL BE **NO BAR MEETING**.  In cases which have not been assigned a day certain trial, counsel shall file with the Clerk, **WITHIN 7 CALENDAR DAYS OF THE DATE OF THIS NOTICE**, a document containing the following information:

1. Expected length of trial.

2. Dates for which protection requested (with reasons).

3. Any requests for day certain trial or advance notice of trial date (with reasons).

4. Any reasons why the case cannot be tried during the term.

A copy of this document must be served on all counsel and any unrepresented parties.

Trial briefs are to be submitted in all cases for trial on or before **Thursday, July 23, 2020**, pursuant to and in accordance with Local Rule 26.05.  A copy of Local Rule 26.05 is available in the Clerk's office or on the Court's Internet site at http://www.scd.uscourts.gov.  Please review the following documents which can be found on the Court's Internet site at http://www.scd.uscourts.gov under Judge Currie's Form Orders and Operational Orders: (1) Currie General Civil Jury Instructions, (2) Currie Instructions for Proposed Civil Jury Charges, (3) Currie Jury Orientation Transcript.

**PLEASE NOTE THAT JUDGE CURRIE HAS DIRECTED THE CLERK OF COURT TO FILE TRIAL BRIEFS AND MAKE THESE BRIEFS A PART OF THE PUBLIC RECORD**.

The court will submit written interrogatories to the jury venire for the **July** term. Copies of the responses will be available in CM/ECF beginning **Thursday, July 23, 2020**. The originals of the responses will be available for review at the Clerk's office beginning **Thursday, July 23, 2020**. Attorneys and parties are advised that they must file a "Juror Questionnaire & List Request" form in the appropriate case via CM/ECF to obtain access to the Questionnaires. You may obtain the "Juror Questionnaire & List Request" form from the Jury Administrator at the Clerk's Office or on the Court's Internet site at http://www.scd.uscourts.gov. The information contained in the questionnaires is to be used solely for evaluating potential jurors for jury service for your case and is not to be used or distributed for any other purpose. Any person seeking to obtain this information for any other purpose must petition the court for permission. If you have any questions about this procedure, *please call Jeff Cargile, Jury Clerk, at (803) 253-3198.*

THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.

---

**\*\*\*Upon reviewing the questionnaires, the parties should confer and <u>file</u> an**
*AGREED UPON LIST OF REQUESTS TO STRIKE*
**with the Court by:**
**<u>12:00 NOON on Wednesday, July 29, 2020</u>**
*(Indicate Juror # [without name] and Question #)*

---

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that the United States Magistrate Judges of this District Court, in addition to their other duties, may, upon consent of all parties in a civil action, and with the approval of the District Judge, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment. If you desire to utilize this procedure, the completed consent form must be submitted to the Clerk's office no later than **Thursday, July 16, 2020**. A copy of this form is available at the Clerk's office or on the Court's Internet site at http://www.scd.uscourts.gov.

If any cases are settled or if you have any questions concerning this calendar, please contact **Charles Bruorton** in the Columbia Clerk's Office at **803-253-3475**.

BY DIRECTION OF THE COURT

ROBIN L. BLUME, CLERK

**May 29, 2020**

DISTRICT OF SOUTH CAROLINA

JULY 30, 2020

HONORABLE CAMERON MCGOWAN CURRIE

### Jury Trials

**3:18-01086 Coakley v. United States Postal Service**

  **Pla** Laverne Coakley      James Lewis Cromer
                 James Paul Porter
                 Samantha Elenor Albrecht

  **Dft** United States Postal Service  Jacqueline LaPan Edgerton
                   Tina Marie Cundari

**3:18-02731 Doe v. Richland County School District 2**

  **Pla** Mother Doe        Daniel C. Boles
                  James Bernice Moore, III
                  Scott Christopher Evans

  **Dfts** Richland County School District 2  Brandon Gottschall
                    Jasmine Rogers Drain
                   Mark Steven Barrow
                   Vernie L. Williams

### Bench Trials

None