AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| MOTHER DOE, INDIVIDUALLY AND AS THE MOTHER AND NATURAL GUARDIAN FOR JANE DOE, A MINOR,<br>*Plaintiff*<br>v.<br>RICHLAND COUNTY SCHOOL DISTRICT 2, SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, & JOHN E. EWING,<br>*Defendants* | Civil Action No.    3:18-cv-02731-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ summary judgment is entered in favor of the defendant, John E. Ewing, as to the third cause of action. The plaintiff, Mother Doe, individually and as the mother and natural guardian for Jane Doe, a minor, shall take nothing of the defendant, John E. Ewing, as to the third cause of action and, this action is dismissed with prejudice as to that cause.

■ summary judgment is entered in favor of the defendant, Richland County School District 2, as to the sixth cause of action. The plaintiff, Mother Doe, individually and as the mother and natural guardian for Jane Doe, a minor, shall take nothing of the defendant, Richland County School District 2, as to the sixth cause of action and, this action is dismissed with prejudice as to that defendant as to that cause.

■ the plaintiff, Mother Doe, individually and as the mother and natural guardian for Jane Doe, a minor, take nothing of the defendant, John E. Ewing, as to the ninth cause of action and, this action is dismissed with prejudice as to that defendant as to that cause.

■ the plaintiff, Mother Doe, individually and as the mother and natural guardian for Jane Doe, a minor, take nothing of the defendants, Richland County School District 2 and Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department, as to the seventh and eighth causes of action and, this action is dismissed with prejudice as to those causes.

■ the plaintiff, Mother Doe, individually and as the mother and natural guardian for Jane Doe, a minor, take nothing of the defendant, Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department, as to the claim in paragraph 25(o) of the Complaint and, this action is dismissed with prejudice as to that claim.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having heard and granted defendant John E. Ewing's motion for summary judgment as to the third cause of action; having heard and granted defendant Richland County School District 2's motion for summary judgment as to the sixth cause of action; having dismissed the ninth cause of action as to defendant John E. Ewing; having dismissed the seventh and eight causes of action; and having dismissed the claim in paragraph 25(o) of the Complaint.

Date:   June 5, 2020                                          ROBIN L. BLUME, CLERK OF COURT

                                                                          s/Charles L. Bruorton
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*