IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>Richland County School District Two, Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department ("RCSD"), John E. Ewing, and Jamel Bradley,<br><br>    Defendants. | C.A. No. 3:18-cv-02731-CMC<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT RICHLAND COUNTY SCHOOL DISTRICT TWO** |

Plaintiff, Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a Minor, and Defendant Richland County School District Two, by and through their undersigned attorneys, hereby stipulate pursuant to Rule 41(a)(1), FRCP, that the above-entitled action, and all claims asserted therein, against Defendant Richland County School District Two, be dismissed with prejudice.

WE SO STIPULATE:

s/ James B. Moore, III
James B. Moore, III, Federal I.D. No. 10844
james@evansmoorelaw.com
Scott C. Evans, Federal I.D. No. 10874
scott@evansmoorelaw.com
EVANS MOORE, LLC
121 Screven Street
Georgetown, SC 29440
(843) 995-5000

s/ Daniel C. Boles
Daniel C. Boles, Federal I.D. No. 12144
dan@boleslawfirmllc.com
23 Broad Street
3870 Leeds Avenue, Suite 104
Charleston, SC 29402
(843) 576-5775

*Attorneys for the Plaintiff*


s/ Jasmine Rogers Drain
Jasmine Rogers Drain, Fed. I.D. No. 10169
jdrain@hmwlegal.com
Vernie L. Williams, Fed. I.D. No. 7094
vwilliams@hmwlegal.com
HALLIGAN MAHONEY WILLIAMS
SMITH FAWLEY & REAGLE, PA
P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

*Attorneys for Defendant Richland County
School District Two*


July 15, 2020
Columbia, South Carolina