IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mother Doe, individually and as the Mother and Natural Guardian for Jane Doe, a Minor, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:18-cv-02731-CMC |
| vs. | ) ) | **STIPULATION OF DISMISSAL AS TO DEFENDANTS SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY, AND JAMEL BRADLEY** |
| Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department ("RCSD"), and Jamel Bradley, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

Plaintiff Mother Doe, individually and as Mother and Natural Guardian for Jane Doe, a Minor, and Defendants Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department ("RCSD") and Jamel Bradley, by and through their respective undersigned attorneys, hereby stipulate pursuant to Rule 41(a)(1), FRCP, that the above-entitled action, and all claims asserted therein, against Defendants RCSD and Jamel Bradley, be dismissed with prejudice.

WE SO STIPULATE:

*s/ James B. Moore III*
James B. Moore III, Federal ID #10844
Scott C. Evans, Federal ID #10874
EVANS MOORE, LLC
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Facsimile: (843) 527-4128
james@evansmoorelaw.com
scott@evansmoorelaw.com
*Attorneys for the Plaintiff*

1

*s/ Daniel C. Boles*
Daniel C. Boles, Federal ID #12144
23 Broad Street
3870 Leeds Avenue | Ste. 104
Post Office Box 381
Charleston, SC 29402
Office: 843-576-5775
Facsimile: 800.878.5443
dan@boleslawfirmllc.com
*Attorneys for the Plaintiff*

*s/ Robert D. Garfield*
Robert D. Garfield, Fed. I.D. No. 7799
CROWE LAFAVE, LLC
Post Office Box 1149
Columbia, South Carolina 29202
T: (803) 999-1225
F: (803) 848-8157
robert@crowelafave.com
*Attorneys for RCSD*

*s/Patrick J. Frawley*
Patrick J. Frawley, Fed. I.D. No. 890
DAVIS FRAWLEY, LLC
140 East Main Street (29072)
PO Box 489
Lexington SC 29071-0489
(803) 359-2512
pat@oldcourthouse.com
*Attorneys for Jamel Bradley*

November 5, 2020